# Mitchell Dinnerstein

Attorney at Law

350 Broadway - Suite 700
New York, New York 10013
212.925.0793
212.625.3939 (fax)

VIA FAX, MAIL AND ECF

September 25, 2010

Hon Judge Raymond Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: <u>USA V. JOHN MARKOU</u>
          <u>09-cr-0527(RJD)</u>

Dear Judge Dearie:

    Apparently, the Probation Report was sent to me through an e-mail filing where it went directly to trash. I did not see the probation report until today. I am presently on trial and have assigned before Your Honor after my present trial. I will not be prepared for this sentencing until well after October 29, 2010 when it is scheduled. I do have objections to the report and will file them when I have an opportunity.

    I am also wondering about a present Rule 29 motion that is before the Court. In the event that motion is granted, sentencing will not be needed. I do believe that the motion has merit and that the Rule 29 motion proceeding should be scheduled before any sentencing date so that the parties will know whether they have to prepare for sentencing.

    Thank you for your attention to this matter.

                                      Very truly yours,

                                      Mitchell Dinnerstein

cc.: Michael Yaeger, AUSA
    United States Attorney Office
    Eastern District of New York

    Michael Dorra
    United States Probation Officer